UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2020 JAN 15 P 1: 21
WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| TOREN WASHINGTON | ) | CIVIL ACTION |
| | ) | |
| VERSUS | ) | SECTION: |
| | ) | |
| FLOYD MAYWEATHER, individually | ) | MAGISTRATE: |
| MAYWEATHER PROMOTIONS, officially | ) | |
| | ) | |
| FILED:_____, 2020 | ) | |

20-00157
SECT. E MAG. 5

CLERK OF COURT

**PETITION FOR DAMAGES AND REQUEST FOR TRIAL BY JURY**

I.

JURISDICTIONAL STATEMENT

The jurisdictional authority of this court to hear and decide this case is invoked pursuant to U.S. Constitution Article III § 2 clause 1, 28 U.S.C. §§ 1332 and 1367.

II.

VENUE

Venue is proper in the judicial district of this court in accordance with 28 U.S.C. § 1391.

III.

PARTIES

1. Toren Washington is a person of full age of majority and domicile in the Parish of Jefferson, state of Louisiana.

2. Floyd Mayweather is a person of full age of majority and domicile in the state of Nevada.

3. Mayweather Productions is a foreign corporation with its principle place of business in the state of Nevada.

X Fee $400.00
___ Process 2 Sms issued 1/15/20
X Dktd                     JLS
___ CtRmDep_____
___ Doc. No._____

IV.

## NATURE OF THE CASE

The nature of this case ensues from a verbal contractual agreement between plaintiff and defendants to produce, distribute and sell intellectual property created by plaintiff. This civil action is instituted for the purpose of redress of breach of contract, fraud in the inducement, fraud in the factum, theft of intellectual property and civil conspiracy in violation of La. Civ. Code articles 1909, 1953, 1958, 2004, 2315, 2320 Detrimental Reliance.

V.

## STATEMENT OF THE CASE

1. Toren Washington is a citizen of the United States, who resides in the jurisdiction of the state of Louisiana. This case or controversies is between citizens of two separate states of the United States of America.

2. Upon research, information and belief, plaintiff avers that Floyd Mayweather is a citizen of the United States, who resides in the state of Nevada.

3. Mayweather Production is a juridical entity incorporated and operating under the laws of the state of Nevada and principle place of business operation are primarily in the state of Nevada.

4. Plaintiff, on June 18, 2018, prior to seeking court's intervention, made amicable demands to defendant, Floyd Mayweather by correspondence in expressed form.

5. Plaintiff avers that, defendants failed to respond to his correspondence or any form of communication to resolve this controversy.

6. Plaintiff exercised his intellectual capacity and created, invented and designed sixty-seven patterns of footwears.

7. Plaintiff was induced by Floyd Mayweather to plan an itinerary to fly to Nevada for an appointment.

8. Plaintiff and defendant, Floyd Mayweather had the privilege of meeting and acquainted themselves, and engaged in dialogue regarding promotion, production and marketing his footwear designs.

9. Plaintiff contends that, on or about August 20, 2014, he personally met with defendant Floyd Mayweather at his gymnasium in Chinatown in Las Vegas because Mayweather Production is an unincorporated entity and does not do business in the state of Louisiana.

10. Plaintiff avers that, he and defendant Floyd Mayweather inspected the designs and verbally agreed to embark upon a business venture to produce and market his footwear.

11. Plaintiff avers that, defendant Floyd Mayweather requested he provide him with his designs to commence implementing their agreement, and he provided defendant with the designs.

12. Plaintiff avers that, defendant Floyd Mayweather, subsequent their initial meeting and agreement, introduce a key personnel member to him first name David surname unknown as a representative for Mayweather Promotions.

13. Plaintiff contends that, David was acting in an agent/representative capacity for Mayweather Promotions (hereinafter referred to as MP).

14. Plaintiff contends that, David on behalf of Floyd Mayweather and MP told him that would provide him with flight accommodation to revisit and meet with Floyd Mayweather in Las Vegas to discuss the particulars of the contractual agreement relative to production, marketing and percentage of profit sharing.

15. Plaintiff avers that, after four years defendants have failed to fulfill their promises as agreed.

16. Plaintiff avers that, defendant Floyd Mayweather used his social icon status and guile to manipulate and confiscate his intellectual property with the intent of deceiving him for his sole benefit.

17. Plaintiff contends that, Floyd Mayweather and David concocted and implemented a scheme to fraudulently misrepresent their intent to obtain his intellectual property in which he designed.

18. Plaintiff contends that, Floyd Mayweather and David engaged in conversation, had an agreement of minds and conspired to obtain intellectual property of plaintiff by their illicit and deceitful business practices.

19. Plaintiff contends that, he relied on trust and confidence in the moral principles of defendants to his detriment.

20. Plaintiff contends that, he was fraudulently induce by defendants promises to produce and market his intellectual property in which they retained for themselves, and he relied on their integrity and representations which never materialized and suffered economic loss as a result of defendant practices.

21. Plaintiff contends that, a contractual agreement was entered into verbally, defendants failed to fulfill promises made to him, and he suffered economic losses constituting a breach of contract.

22. Plaintiff contends that, acts / omissions of defendants constitute a fraud in the factum in that his intellectual property was obtained by defendants through misrepresentations

made to him, sixty-seven of his designs remain in the possession, custody and control of defendants for their sole use and benefit and detriment to him.

23. Plaintiff contends that, Floyd Mayweather is liable to him for personal and acts/omissions of his agent/representative.

24. Plaintiff contends that, he has suffered as a result of defendants conduct and will continue to suffer harm emotionally and economically by defendant's deceptive practices.

25. Plaintiff contends that, defendants have a duty to him to fulfill the promises made to him in their contractual agreement but have chosen to breach their duty and obligation.

26. Plaintiff contends that, he has suffered retroactive and prospective economic losses by defendants breached agreement.

27. Plaintiff contends that, intervention of the court is necessitated by defendant's deceptive business practices to resolve controversies in this civil action.

VI.

PRAYER FOR RELIEF

1. Plaintiff prays that this Honorable Court recognizes his U.S. Constitutional 7th Amendment right and demand for a trial by jury of all issues so triable.

2. Plaintiff prays that jurisdiction and venue is proper in this judicial district.

3. Plaintiff prays that defendants are found in violation of the asserted laws in the complaint.

4. Plaintiff prays that defendants are held liable for their acts / omissions.

5. Plaintiff prays that this Honorable Court awards compensatory and punitive damages for defendants' violations of law asserted in this lawsuit.

**WHEREFORE,** plaintiff prays this Honorable Court issues summon and complaint on defendants, and they are made to appear and answer same. Plaintiff further prays after all legal delays and due proceedings there be judgment rendered in his favor and against defendants together with all general and equitable relief proper in the premises including but not limited to court cost, attorney fees, out of pocket expenses, penalties and interest from the judicial date of demand until paid in full.

Respectfully Submitted

By: _____
Toren Washington/ In Proper Person
945 Wright Avenue
Gretna, Louisiana 70056
(504) 232-1909

**PLEASE ISSUE AMENDED COMPLAINT:**

Floyd Mayweather
4020 Schiff Dr.
Las Vegas, NV 89103

Mayweather Promotions, LLC
Through its Registered Agent
Jeffrey Morse & Associates, LTD
3753 Howard Hughes Pkwy.,
#200-416
Las Vegas, Nevada 89169